In the Matter of the Application of John J. Stewart, Appellant, for a Peremptory Writ of Mandamus against Francis G. Ward, as Commissioner of Public Works of the City of Buffalo, et al., Respondents.

*Matter of Stewart,* 77 App. Div. 633, affirmed.
(Argued January 6, 1903; decided January 20, 1903.)

Appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 5, 1902, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant commissioner to appoint the petitioner to a position as assistant superintendent of streets of the city of Buffalo.

*Simon Fleischmann* for appellant.

*W. H. Cuddeback* for respondents.

Order affirmed, without costs; no opinion.
Concur: Parker, Ch. J., Gray, O'Brien, Haight, Martin and Vann, JJ. Not voting: Cullen, J.